## Case No. 16,287.

### UNITED STATES v. SHUSTER.

[Cited in U. S. v. Noble, Case No. 15,895. Nowhere reported; opinion not now accessible.]